**FILED**

APR 13 2016

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CRIMINAL NO. SA-15-CR-0094-DAE |
| ) | |
| ANTHONY WAYNE SIMMONS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On this day came on to be considered the Motion to Dismiss Notice of Forfeiture filed by the Plaintiff, United States of America. The Court having considered the merits of the Motion is of the opinion that the Notice of Demand for Forfeiture in the instant cause should be dismissed because certain property, namely:

1. Winchester, model 1200, 12 gauge shotgun, serial number L911585;

2. Norinco, model SKS, 7.62 X 39 caliber assault rifle, serial number 1717235; and

3. Any assorted ammunition,

has been administratively forfeited by the Bureau of Alcohol, Tobacco, Firearms and Explosives and is no longer sought for criminal forfeiture in the instant case.

IT IS THERFORE,

ORDERED that the United States of America's Notice of Demand for Forfeiture in the instant cause be, and hereby is DISMISSED.

SIGNED this 13 day of April, 2016.

_____
DAVID A. EZRA
Senior United States District Judge